| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES - GENERAL | **STAY LIFTED** |

| Case No. | **ED CV 23-474-DMG (KKx)** | Date | March 28, 2023 |
|---|---|---|---|

| Title | *Maha El Moqaddem v. Albert Gregory Pinto, et al.* |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's request to close case filed on March 27, 2023 [Doc. # 20], the Court hereby **LIFTS** the stay and **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

IT IS SO ORDERED.

---

[1] The Court grants Plaintiff's request to close the case notwithstanding that there was no "improper and deficient" filing process and the case was correctly assigned by the clerk's office consistent with longstanding and well-established rules and procedures in the Central District of California.